# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| v.<br>Izia K. Kirwen<br><br>PLAINTIFF<br><br>DEFENDANT(S). | CC35, E1116233 / CC35, E1328425<br><br>DESIGNATION AND APPEARANCE OF COUNSEL |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint _Mindy H. McQueen_, Esquire, as my attorney to appear for me throughout all proceedings in this case.

Date: 12-5-22

Defendant's Signature — Signed by attorney Mindy H. McQueen

City and State: Camarillo, CA

## APPEARANCE OF COUNSEL

I, _Mindy H. McQueen_ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

Date: 12-5-22

California State Bar Number: 195134

Attorney's Signature

Street Address: 29 E Daily Dr. #150

City, State, Zip Code: Camarillo, CA 93010

Telephone Number: (805) 482-1961

Fax Number:

E-mail Address: Mindy@MM9dui.com

CR-14 (01/07)    DESIGNATION AND APPEARANCE OF COUNSEL