# UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA
## Statement of Procedures and Advisement of Rights for Defendants Charged by Violation Notice Issued by the Central Violations Bureau

USA v. ASIA KIRVEN                    CVB Case No.:  CC35 - E111623 / E1328425

The purpose of this statement is to advise you of your constitutional and statutory rights, and to explain the procedures this Court follows. You have been charged with a violation of federal law involving either a misdemeanor or an infraction. The charge against you is contained in the violation notice which you have already received. You will be advised of the maximum penalty for the charge against you when your case is heard. You may plead either "guilty" or "not guilty" to the charge against you.

You may be charged with either a Class A misdemeanor or a petty offense. Petty offenses are categorized as Class B misdemeanors, Class C misdemeanors, and infractions. Class A misdemeanors generally are more serious than petty offenses. For a Class A misdemeanor, the maximum possible penalty is imprisonment up to one year, a fine up to $100,000, probation for not more than 5 years, plus a special assessment of $25. For a petty offense, the maximum penalty depends on the particular charge, but cannot exceed a fine of $5,000 and/or a six-month jail sentence, plus a $5 or $10 special assessment (depending on the charge) and a $30 federal processing fee.

If your offense resulted in damage to or the loss or destruction of property, or bodily injury to someone, then you also may be required to make restitution to the victim. [See 18 U.S.C. § 3663A; Rule 58(b)(2)(A).]

You will be advised of the maximum possible penalty for the charge or charges against you when your case is called. You will then be asked to plead either "guilty" or "not guilty" to each charge.

These are your constitutional and statutory rights. **Please read carefully.**

You are entitled to be represented by an attorney at all stages of the proceedings. **If you are not a United States citizen, you may request that an attorney for the government or a federal law enforcement official notify a consular officer from your country of nationality that you have been arrested.** If you cannot afford an attorney, you have the right to request the appointment of an attorney to represent you at no cost to you, but only if you are charged with a Class A misdemeanor or a serious petty offense and there is a possibility that a jail sentence or a sentence of probation will be imposed.

If you seek the appointment of counsel, you must submit a financial affidavit for the Court's approval before counsel will be appointed. If you make any false or misleading statements in that affidavit, or wilfully omit any pertinent information, you may be subject to further prosecution for violating federal law.

It is not necessary for you to prove your innocence. It is the burden of the Government to prove your guilt beyond a reasonable doubt. If the Government fails to do that, you will be acquitted.

You are entitled to see and hear the evidence and witnesses against you, and to cross-examine those witnesses. You are entitled to subpoena witnesses and compel the production of other evidence on your own behalf. You have the absolute right to remain silent and not incriminate yourself. If you waive your right to remain silent and make a statement, that statement can be used against you in court. You have the right to be admitted to bail pending trial unless the Court determines that detention is warranted in accordance with the provisions of the Bail Reform Act of 1984.

If you have been charged with a Class A misdemeanor, you have the right to trial, judgment, and sentencing before a United States District Judge, unless you consent to trial, judgment, and sentencing by a United States Magistrate Judge. If you have been charged with a Class A misdemeanor, you also have the right to trial by jury before either a District Judge or a Magistrate Judge, unless you waive that right.

If you have been charged with only a petty offense, then you do not have the right to trial, judgment, or sentencing before a District Judge, or the right to a jury trial. Rather, you have the right to a public trial before a Magistrate Judge.

Updated on 07/08/2020

## UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA
## Statement of Procedures and Advisement of Rights for Defendants Charged by Violation Notice Issued by the Central Violations Bureau

If you enter a plea of "not guilty," you will be asked to sign an appearance bond, usually unsecured, to guarantee your appearance at trial. If you fail to appear at trial, that will result in the issuance of a warrant for your arrest. If you elect to change your plea from not guilty to guilty, you still must appear on your scheduled trial date to do so. A change of plea cannot be handled by mail, or email, or telephone. The earliest your trial can be scheduled is thirty days following your arraignment in open court.

If you enter a plea of "guilty," you will be giving up your right to a trial, your privilege against self-incrimination, and your other rights. In that event, before accepting your plea, it will be necessary for the Court to satisfy itself (1) that you understand the nature and consequences of the plea, and (2) that the plea is free and voluntary.

You are entitled to give an explanation to the Court if you plead guilty. However, the Court will not accept a guilty plea if it appears from your explanation that you are claiming to be innocent of the charges. After a guilty plea, the Court may impose any sentence it deems appropriate as permitted by law.

In most instances the Court will impose a fine if the Court accepts your guilty plea. If you need additional time to pay the fine, you must bring that fact to the attention of the Court at the time the fine is imposed.

If you are charged with the violation of a statute relating to the safe operation of a vehicle, the offense may qualify for traffic school. In that event, you will be given a 90 day continuance for purposes of attending a licensed traffic school. If you are eligible for traffic school and you select that option, you must send the Court proof of completion of the traffic school course within the next 70 days. If the Court receives your certificate within the 70 day period, the matter will be resolved. If you do not provide the Court with a traffic school certificate within the 70 day period, you are ordered to return to court in 90 days so we can determine how to proceed in your case. The specific dates that apply to your case will be provided to you when you select the traffic school option.

I HAVE READ THE ABOVE PROCEDURES AND ADVISEMENT OF RIGHTS AND I UNDERSTAND THEIR CONTENTS.

Dated: 12/5/22

_____
Signature of Defendant's *attorney*

☒ Signed for Defendant by Counsel for Defendant with Defendant's Authorization [Check if applicable]